

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2013

No. 04-12-00637-CR

Stephen Jonathon **VOGT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12648B
Honorable Melisa Skinner, Judge Presiding

# ORDER

Appellant's brief was originally due April 4, 2013; however, the court granted appellant an extension of time to file the brief until May 6, 2013. Appellant filed a motion requesting an additional sixty days to file the brief.

We **grant the motion in part** and **order** appellant's brief due **June 3, 2013** (60 days after the originally due date). Counsel is advised that no further extensions of time will be granted absent a showing of extraordinary circumstances. Any request for a further extension of time must (1) show extraordinary circumstances, (2) advise the court of the efforts counsel has expended in preparing the brief, and (3) provide the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court